**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DeMARIO REED CRENSHAW,

      Plaintiff,

                              Case No. 24-10955
v.                            Hon. Jonathan J.C. Grey

DEPUTY MINARD,

      Defendant.

_____/

**<u>ORDER ADOPTING REPORT AND
RECOMMENDATION (ECF No. 51)</u>**

On April 11, 2024, pro se Plaintiff DeMario Reed Crenshaw filed this civil rights case pursuant to 42 U.S.C. § 1983 against Genesee County Sheriff's Deputy Minard. (ECF No. 1.) On July 21, 2025, Deputy Minard filed a motion for summary judgment. (ECF No. 37.)

This matter now comes before the Court on Magistrate Judge David R. Grand's Report and Recommendation dated November 19, 2025. (ECF No. 51.) In the Report and Recommendation, Magistrate Judge Grand recommends that the Court dismiss the complaint pursuant to Fed. R. Civ. P. 41(b) and deny as moot Deputy Minard's motion for summary judgment (ECF No. 37). (ECF No. 51, PageID.244.)  No party has filed an

objection to the Report and Recommendation.[1]

The Court has had an opportunity to review this matter and finds that Magistrate Judge Grand reached the correct conclusions for the proper reasons. Finding no error in Magistrate Judge Grand's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated November 19, 2025 (ECF No. 51) is **ADOPTED** as this Court's findings of fact and conclusions of law.

---

[1] The Court notes that, as of August 11, 2025, all mail sent to Crenshaw, including the Report and Recommendation, has been returned as undeliverable. (*See* ECF Nos. 42–43, 46–48, 53–54, 56–57.) On April 16, 2024, Crenshaw was provided a notice regarding his responsibility to notify the Court of any address changes. (ECF No. 4.) The notice warned Crenshaw that "[f]ailure to promptly notify the court of a change in address or other contact information may result in the **dismissal** of [his] case." (*Id.* at PageID.20.)

**IT IS FURTHER ORDERED** that Minard's motion for summary judgment (ECF No. 37) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Crenshaw's cause of action (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: February 18, 2026          **s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 18, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager